(124 So. 921)

**J. M. ENTREKIN v. H. D. WRAY.**
**(6 Div. 619.)**

Court of Appeals of Alabama.   Nov. 29, 1929.

PER CURIAM.   Appeal dismissed for want of prosecution.

(120 So. 924)

**Ben ERSKINE v. STATE.   (8 Div. 780.)**

Court of Appeals of Alabama.   Feb. 5, 1929.

RICE, J.   Affirmed.

(119 So. 920)

**George ESPALLA v. STATE.   (1 Div. 846.)**

Court of Appeals of Alabama.   Jan. 8, 1929.

SAMFORD, J.   Appeal dismissed.

(122 So. 922)

**Rosa May FAIR v. CITY OF BIRMINGHAM.**
**(6 Div. 629.)**

Court of Appeals of Alabama.   April 30, 1929.

SAMFORD, J.   Affirmed.

(123 So. 925)

**Herbert FARMER v. STATE.   (6 Div. 606.)**

Court of Appeals of Alabama.   June 18, 1929.

BRICKEN, P. J.   Affirmed.

(123 So. 925)

**Jew Boy FARMER v. STATE.   (6 Div. 557.)**

Court of Appeals of Alabama.   June 18, 1929.

BRICKEN, P. J.   It appears from the record that, notwithstanding the masculine sounding name, this appellant is a woman. She was indicted for the offense of robbery, but upon the trial was convicted of grand larceny, and duly sentenced to an indeterminate term of imprisonment of not less than two nor more than three years in the penitentiary.   She appealed from the judgment of conviction pronounced and entered in the court below.   We find no error apparent on the record, and upon the record proper this appeal is rested.   The judgment of conviction, from which this appeal was taken, will stand affirmed.

Affirmed.

(122 So. 922)

**J. H. FARMER v. STATE.   (6 Div. 523.)**

Court of Appeals of Alabama.   May 7, 1929.

RICE, J.   Affirmed.

(120 So. 924)

**R. L. FARROW et al. v. Sarah J. GRISSETT et al.   (4 Div. 469.)**

Court of Appeals of Alabama.   Feb. 5, 1929.

W. O. Mulkey, of Geneva, for appellants.

P. B. Traweek and J. C. Fleming, both of Elba, for appellees.

BRICKEN, P. J.   Appeal dismissed on motion of appellants.

(122 So. 922)

**Marcellus FARROW v. STATE.   (3 Div. 639.)**

Court of Appeals of Alabama.   May 14, 1929.

Edwin C. Page, Jr., of Evergreen, for appellant.

Charlie C. McCall, Atty. Gen., and W. M. Rayburn, Asst. Atty. Gen., for the State.

RICE, J.   Affirmed.